FILED

April 13 2016

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 07-0110

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 07-0110

---

IN RE THE UNIFORM DISTRICT COURT
RULES

O R D E R

---

At the request of the Uniform District Court Rules Commission,

IT IS ORDERED that the "Affidavit for Excusal" form appended to the Uniform District Court Rules is hereby updated by the adoption of the attached "Request for Excusal" form. In the attached form, which replaces the previous form, an option is added for requesting excusal from jury duty on grounds that the person no longer lives in the county. In addition, the new form substitutes the unsworn declarations format authorized under § 1-6-105, MCA, for a notarized affidavit format.

The Clerk is directed to provide copies of this Order and the attached form to each district court judge and each clerk of the district court for the state courts of Montana, the State Bar of Montana, and to each member of the Uniform District Court Rules Commission.

Dated this 1<u>**13**</u> day of April, 2016.

_____
Chief Justice

_____

_____

FILED

APR 1 3 2016

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

_____

_____

_____
Justices